### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

WATERBURY v. HI TECH REMODELING GROUP          Case No. 15cv2824 L(RBB)
                                               **Time Spent: 2 hrs.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE          Rptr. 3:32-3:38

                              Attorneys

          Plaintiffs                    Defendants

Kira M. Rubel (present)          Nathan T. Lowery (present)
Alanna Pearl (present)


PROCEEDINGS:    x  In Chambers    x   In Court    ____  Telephonic


An early neutral evaluation conference was held.

The case settled.

A telephonic attorneys-only settlement disposition conference will be held on
May 24, 2016, at 8:00 a.m. with Magistrate Judge Brooks **UNLESS THE ORIGINAL
SIGNED JOINT MOTION TO DISMISS THIS CASE IS E-FILED PRIOR TO THAT TIME AND A
PROPOSED ORDER GRANTING THE JOINT MOTION IS E-MAILED TO THE ASSIGNED DISTRICT
JUDGE**.  If a signed Joint Motion cannot be e-filed before the date indicated
above, counsel shall contact the chambers of Magistrate Judge Brooks at least
one court day before the date indicated above to explain the reasons
therefor.  **If the parties wish to consent to continuing magistrate judge
jurisdiction, a consent form signed by parties and counsel shall accompany
the stipulation for dismissal.  Consent forms are available in the Clerk's
Office or on-line.**  Monetary sanctions shall be imposed for failure to comply
with this order.

Counsel for Plaintiff is to initiate the call.


DATE: May 2, 2016          IT IS SO ORDERED: _____
                                            Ruben B. Brooks,
                                            U.S. Magistrate Judge


cc:  Judge Lorenz
     All Parties of Record